No. 91–6169.  BAKER *v.* LOPATIN, MILLER, FREEDMAN, BLUE-STONE, ERLICH, ROSEN & BARTNICK, ATTORNEYS AT LAW, P. C. C. A. 6th Cir.  Certiorari denied.

No. 91–6183.  PERRY *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.  Certiorari denied.

No. 91–6265.  ALLGOOD *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–6280.  KUTNYAK *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 91–6298.  HALL *v.* JABE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 91–6303.  JOHNSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 91–6311.  TYLER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6317.  KING *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–6323.  COHNERLEY *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–6332.  BENDER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–6347.  PEREZ BUSTILLO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–6353.  KING *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–6357.  GILKEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–6359.  BROWN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–6387.  LARETTE *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  Sup. Ct. Mo.  Certiorari denied.